NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOS GMBH & CO. KG, BOS AUTOMOTIVE PRODUCTS, INC.,**
*Plaintiffs-Appellants*

**v.**

**MACAUTO USA, INC., MACAUTO INDUSTRIAL CO., LTD.,**
*Defendants-Appellees*

---

2021-1793

---

Appeal from the United States District Court for the Eastern District of Michigan in No. 4:17-cv-10461-TGB-SDD, Judge Terrence G. Berg.

---

## JUDGMENT

---

MARK MICHAEL SUPKO, Crowell & Moring, LLP, Washington, DC, argued for plaintiffs-appellants. Also represented by JOSHUA M. RYCHLINSKI, JEFFREY D. SANOK; SCOTT BITTMAN, New York, NY.

JASON T. NEWMAN, Cardelli Lanfear PC, Royal Oak, MI, argued for defendants-appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2021        /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                Clerk of Court